977 F.2d 499
 Raymond A. SCHMOLL, Plaintiff-Appellee,
v.
ACANDS, INC., a Pennsylvania Corporation, et al., Defendants,
and
Raytech Corporation, Defendant-Appellant.
Raymond A. SCHMOLL, Plaintiff-Appellee,
v.
ACANDS, INC., a Pennsylvania Corporation, et al., Defendants,
and
Raytech Corporation, Defendant-Appellant.
 Nos. 89-35101, 89-35168.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Sept. 15, 1992.
Decided Oct. 26, 1992.
 
 William N. Reed, H. Mitchell Cowan, J. Randall Patterson, Watkins Ludlam & Stennis, Jackson, Miss., for defendant-appellant.
 Henry Kantor, Jeffrey S. Mutnick, Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, Or., for plaintiff-appellee.
 Appeal from the United States District Court for the District of Oregon; Owen M. Panner, Chief Judge.
 Before: BEEZER, NOONAN, and TROTT, Circuit Judges.
 
 ORDER
 
 1
 Under Oregon law, creditors have priority over shareholders in all of the future earnings of an insolvent corporation. We have reviewed the record in No. 89-35168 and we affirm the district court's judgment on the grounds stated in its opinion. Schmoll v. ACandS, Inc., 703 F.Supp. 868 (D.Or.1988).
 
 
 2
 We dismiss Raytech's appeal of an interlocutory order in No. 89-35101.